IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOHN J HOAG,

    Plaintiff,

v.	CASE NO. 1:08-cv-00172-MP-AK

ACE AMERICAN INSURANCE COMPANY,

    Defendant.

_____/

## **O R D E R**

A telephone removal status conference was held in this case on August 13, 2008. As stated during the hearing, the Plaintiff shall have until Friday, September 12, 2008, to file a motion for remand. All deadlines shall be in abeyance until the remand issue is resolved.

**DONE AND ORDERED** this  *13th*  day of August, 2008

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge