IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOHN J HOAG,

    Plaintiff,

v.                                             CASE NO. 1:08-cv-00172-MP-AK

ACE AMERICAN INSURANCE COMPANY,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Motion to Substitute Attorney by John J Hoag.  The motion, which is not opposed by Mr. Hoag, the Defendant, or by the firm that formerly represented Mr. Hoag, is hereby GRANTED, nunc pro tunc to January 15, 2009. Attorney Claudeth Henry shall set as attorney of record, and the firm of SIMS, STAKENBORG & HENRY PA, shall be terminated as attorneys of record.

    **DONE AND ORDERED** this  *9th*   day of March, 2009

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge